NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

## 2008-1440

MINNEAPOLIS COMMUNITY DEVELOPMENT AGENCY and THE CITY OF MINNEAPOLIS,

Appellants,

v.

David L. Bibb,
ACTING ADMINISTRATOR, GENERAL SERVICES ADMINISTRATION,

Appellee.

Appeal from the Civilian Board of Contract Appeals in no. 385,
Administrative Judge Martha H. DeGraff.

ON MOTION

Upon consideration of the Appellants' motion for an enlargement of time, until August 19, 2009, to file their brief,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

JUL 1 6 2009
_____
Date

_____
Jan Horbaly
Clerk

cc: Charles N. Nauen, Esq.
John S. Groat, Esq.

m2

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUL 16 2009

JAN HORBALY
CLERK